Argued and submitted November 30, 1990, reversed and remanded January 9, 1991

ROLANDO DORSEY,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(90-C-11936; CA A65446)

802 P2d 1304

Hari Nam S. Khalsa, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).